| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District Of California** | |
| In re: <br> Roger Davis Estates, LLC | CHAPTER NO.: 7 |
| | CASE NO.: 8:09−bk−10538−ES |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
# AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schedule B**
**Schedule C**
**Schedule D**
**Schedule E**
**Schedule A**
**Schedule F**
**Stmt. of Fin. Affairs**
**Schedule G**
**Schedule H**
**Schedule I**
**Schedule J**

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007(c), within 15 days after you filed the petition , **YOU MUST EITHER:**

(1)    File the above−referenced documents and the proper number of copies [Local Bankruptcy Rule 1002−1]:

        Chapter 7    1 Original and 1 Copy

**OR**

(2)    File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 15 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**                                                         **JON D. CERETTO, CLERK OF COURT**
Dated: January 26, 2009

                                                                                                 **By: Judy Nguyen**
                                                                                                       **Deputy Clerk**