**United States Bankruptcy Court**
**Central District of California**

IN RE:

Roger Davis Estates, LLC
_____
Debtor(s)

Case No. **8:09-bk-10538 ES**

Chapter **7**

## AMENDED SCHEDULES OR DOCUMENTS

A filing fee of $26 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added? Yes ✓ No ____

Indicate below which schedule(s) is(are) being amended.

A ____ B ____ C ____ D ____ E ____ F ____ G ____ H ____ I ____ J ____

Statement of Affairs ____ Statement of Intentions ____ Other ✓

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

_____

I/We do hereby declare under penalty of perjury that the foregoing is true and correct.

Date: 2/7/09

Signature: _[signature]_
*Debtor*

Signature: _____
*(Joint Debtor, if any)*

*** FOR COURT USE ONLY ***

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                                      Case No. __8:09-bk-10538 ES__

__Roger Davis Estates, LLC__                                                                Chapter __7__
_____
          Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ____4____ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: __2-7-09__        Signature: _[signed]_
                                   Roger Davis, Designated Party/Managing Member                            Debtor

Date: _____        Signature: _____
                                                                                          Joint Debtor, if any

Date: _____        Signature: __N/A__
                                   **Charles Shamash 178110**                            Attorney (if applicable)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Roger Davis Estates LLC
117 Via Ravenna
Newport Beach, CA  92663


Caceres & Shamash LLP
8200 Wilshire Boulevard Suite 400
Beverly Hills, CA  90211-2409
```

```
American Express
Box 0001
Los Angeles, CA  90096-8000


American Express
Acct# 3717-326331-33003
PO Box 297812
Ft. Lauderdale, FL  33329


Bank Of America
Beverly Wilshire
9461 Wilshire Boulevard
Beverly Hills, CA  90212


Bank Of America Corporation
100 N Tyron Street
Charlotte, NC  28255


CT Corporation System
Bank Of America
818 W 7th Street
Los Angeles, CA  90017


Donna Lee Haas
12166 Wembley Court
Rancho Cucamonga, CA  91739


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA  94280-0001


Franchise Tax Board
PO Box 1673
Sacramento, CA  95812-1673
```

Franchise Tax Board Bankruptcy Unit
PO Box 2952
Sacramento, CA  95812-2952


Franchise Tax Board Chief Counsel S
PO Box 1720 MS: A-260
Rancho Cordova, CA  95741-1720


Internal Revenue Service
PO Box 21126
Philadelphia, PA  19144


James A Davis
11222 Michelin Drive
Riverside, CA  92505


Jean Berry
12166 Wembley Court
 Rancho Cucamonga, CA  91739


Joanne Stump
3808 Walnut Avenue
Long Beach, CA  90807


Phillip R Sauer
Acct# 424240-7
3 Golf Center Suite 352
Hoffman Estates, IL  60169


Roger Davis
117 Via Ravenna
Newport Beach, CA  92663

```
Sabbah & Mackoul
3880 Lemon St 5th Floor
PO Box 952
Riverside, CA  92502


Shelly Kim
Acct# LAM )*M09764
404 S Shatto Place Ste 204
Los Angeles, CA  90020


Staples Credit Plan
Acct# 6035517872627400
PO Box 689020
Des Moines, IA  50368-9020


US Attorney Civil Process Clerk
300 N Los Angeles Rm 7516
Los Angeles, CA  90012


USDOJ Attorney General
PO Box 683 Ben Franklin Station
Washington, DC  20044
```

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

Dated: __2-6-09__    **Elizabeth Prado**
*Print or Type Name*

*Signature*

James A. Davis
11222 Michelin Drive
Riverside, CA  92505

Sabbah & Mackoul
3880 Lemon St., 5th Floor
P.O. Box 952
Riverside, CA  92502